UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00063

**United States of America**

v.

**Michael O'Brian Scott**

Before BARKER, *District Judge*

## ORDER

Before the court is the report and recommendation of United States Magistrate Judge K. Nicole Mitchell. Doc. 22. On April 2, 2020, Judge Mitchell held a final revocation hearing and defendant pleaded "true" to allegation 2 of the government's petition to revoke defendant's supervised release. Allegation 2 states that defendant violated the condition of his supervised release requiring him to refrain from any unlawful use of a controlled substance.

Judge Mitchell recommends that the court accept the defendant's plea of true and revoke his supervised release. The parties waived their right to file objections to the findings of fact and recommendation. In addition, defendant waived his right to be present and speak before the court imposes his sentence. Doc. 20.

The report's findings are hereby **adopted**. The court **accepts** defendant's plea of true to allegation 2 and **revokes** defendant's supervised release. But the court finds good cause to modify the report's recommended term of imprisonment. As such, the court **orders** that defendant, Michael O'Brian Scott, be sentenced to time served, to be followed by one year of supervised release.

*So ordered by the court on April 9, 2020.*

_____
J. CAMPBELL BARKER
United States District Judge