UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-00063

**United States of America,**
*Plaintiff,*

v.

**Michael O'Brian Scott,**
*Defendant.*

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on August 13, 2020. Doc. 38. Thereafter, Judge Love issued a report and recommendation as to the disposition of this matter. Doc. 41. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 40.

Having reviewed the report, and being satisfied that it contains no clear error, the court **adopts** it as the opinion of the court. The court **orders** that defendant Michael O'Brian Scott be sentenced to a period of 10 months' imprisonment with no supervised release to follow. The court further **recommends** that defendant serve his sentence at FCI Fort Worth, or failing that, FCI Seagoville, if available. The court also **recommends** that defendant receive substance abuse treatment during his imprisonment if possible.

*So ordered by the court on August 21, 2020.*

J. CAMPBELL BARKER
United States District Judge